UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE RAFAEL HINOJOSA
GARCIA,

        Petitioner,

v.                                Case No.: 2:25-cv-00879-SPC-NPM

KRISTI NOEM *et al.*,

        Respondents,
_____/

## OPINION AND ORDER

Before the Court are Jose Rafael Hinojosa Garcia's Motion to Enforce Judgment and for Immediate Release Due to Respondent's Non-Compliance with Court's October 31, 2025 Order (Doc. 20), the government's response (Doc. 21), and Hinojosa Garcia's reply (Doc. 25).

On October 31, 2025, the Court found the respondents' detention of Hinojosa Garcia unlawful. In short, the respondents incorrectly determined Hinojosa Garcia was subject to mandatory detention under 8 U.S.C. § 1225(b)(2) rather than discretionary detention under § 1226(a). The Court ordered the respondents to provide Hinojosa Garcia the statutory process required under § 1226(a), including a bond hearing. The respondents partially complied by issuing a notice of custody determination, but Hinojosa Garcia has not been afforded an individualized bond hearing before an immigration judge.

For the reasons discussed in the Court's October 31, 2025, Opinion and Order, Hinojosa Garcia's detention without a bond hearing remains unlawful. Accordingly, Hinojosa Garcia's motion to enforce the judgment (Doc. 20) is **granted in part**. On or before **November 25, 2025**, the respondents must either (1) bring Hinojosa Garcia for an individualized bond hearing before an immigration judge, or (2) release Hinojosa Garcia under reasonable conditions of supervision.

**DONE AND ORDERED** in Fort Myers, Florida on November 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1